Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of **AZ**

**Tucson** Division

FILED RECEIVED — LODGED COPY

JUN 27 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**SERGIO R Rodriguez**
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Catholic Comunity Services**
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **CV-23-00293-TUC-JAS**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SERGIO REAL RODRIGUEZ
Address: 2121 E. BROADWAY APT. #3211
City: TUCSON   State: AZ   Zip Code: 85719
County:
Telephone Number: 520-271-2382
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: CATHOLIC COMUNITY SERVICES
Job or Title (if known):
Address: 140 W. SPEEDWAY BLVD
PIO DECIMO CENTER
City: TUCSON   State: AZ   Zip Code: 85705
County: PIMA
Telephone Number: 520-623-4555
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: GEORGE RUSHING
Job or Title (if known): EXECUTIVE DIRECTOR
Address: 848 S. SEVENTH AVENUE
City: TUCSON   State: AZ   Zip Code: 85701-2698
County: PIMA
Telephone Number: 520-784-8099
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: MITCHELL TORRES
Job or Title (if known): PROPERTY MANAGER
Address: 2121 E BROADWAY BLVD
City: Tucson   State: AZ   Zip Code: 85719
County: Pima
Telephone Number: 520-624-7392
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: BURMA ELDRIGE
Job or Title (if known): SERVICE CORDNATOR
Address: 2121 E. BROADWAY BLVD
City: Tucson   State: AZ   Zip Code: 85719
County: Pima
Telephone Number: 520-624-7392
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

2121 E. BRODWAY BLVD CASITAS ON EAST BRODWAY

B. What date and approximate time did the events giving rise to your claim(s) occur?

2019 THRRE 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

VIOLATIONS OF DISABILITY RIGHTS CIVIL RIGHTS FIRST AMENDMENT RIGHTS CONSTAN HARRASMEN AND THREAT AND RETAILIATION AGINST ME FOR GETTING ASSIGND PARKING SPACE SINCE 2019 TO PRESENT 2023 REMOVED MY ASSINGND PARKING JUNE 1 2023 AND WAS TOLD I WAS NOT ALLOWED TO HAVE ASSIGND PARKING

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Health and mental distress

Pain and suffering of constant harrasment and threats

I now have to park off the property witch is hardship for me

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/27/23

Signature of Plaintiff

Printed Name of Plaintiff: SERGIO RIAL Rodriguez

### B. For Attorneys

Date of signing: 

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City   State   Zip Code

Telephone Number

E-mail Address



# Casitas on East Broadway

2121 East Broadway Blvd, Tucson, Az 85719
Ph (520) 624-7392 Fax: (520) 884-5357

November 8, 2019

Dear Sergio Rodriguez,

    On Friday, November 8, 2019 we had a meeting with you to discuss the concerns you have in regard to the certified letter sent. Present was my Director Marcia Zerler, Supervisor Maria Medina and myself Property Manager Michelle Torres. We discussed on the overall concerns you had, but most important to accommodate you with a Handicap Parking Space. We will be assigning you with a Handicap Parking space with your apartment number unit #3-211. We were happy know that we have accommodated you with all your concerns. We will have the assigned parking for you as soon as the plate comes in by Friday, November 15, 2019, ordered from Speedway Signs. If you have any questions, feel free to call the office at 520-624-7394.

Thank you,

*Michelle Torres*

Michelle Torres
COEB Property Manager

Mailed Certified: **November 9, 2019**
Hand Delivered: **November 8, 2019**

Sergio Rodriguez        11/8/19
                                     Date

CMG Central • 630 N Alvernon Way, Tucson AZ 85711-1879

RODRIGUEZ, SERGIO R (id #1203082, dob: 04/14/1954)

## Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Type 2 Diabetes Mellitus | Active | 04/11/2018 | |
| Vitamin D Deficiency | Active | 04/11/2018 | |
| Dyslipidemia | Active | 04/11/2018 | |
| Morbid Obesity | Active | 04/11/2018 | |
| Chronic Pain | Active | 04/11/2018 | |
| Hypertensive Disorder | Active | 04/11/2018 | |
| Coronary Arteriosclerosis | Active | 04/11/2018 | |
| Congestive Heart Failure | Active | 04/11/2018 | |
| Severe Chronic Obstructive Pulmonary Disease | Active | 04/11/2018 | |
| Chronic Kidney Disease Stage 3 | Active | 04/11/2018 | |

**Notes:** Acute bronchitis (Active); Notes: Medical | Acute exacerbation of chronic obstructive airways disease (Active); Notes: Medical | Ankle edema (Active); Notes: Medical | Asthma (Active); Notes: Medical | Asthma attack (Active); Notes: Medical | AURTI - Acute upper respiratory tract infection (Active); Notes: Medical | Cellulitis of lower leg (Active); Notes: Medical | Cellulitis of lower limb (Active); Notes: Medical | Chronic low back pain (Active); Notes: Medical | Chronic obstructive lung disease (Active); Notes: Medical | Chronic renal impairment (Active); Notes: Medical | Conjunctivitis (Active); Notes: Medical | Coronary arteriosclerosis in native artery (Active); Notes: Medical | Degeneration of lumbar intervertebral disc (Active); Notes: Medical | Dyspnea on exertion (Active); Notes: Medical | Hearing loss (Active); Notes: Medical | Hypercholesterolemia (Active); Notes: Medical | Hypertensive disorder (Active); Notes: Medical | Impacted cerumen (Active); Notes: Medical | Knee pain (Active); Notes: Medical | Medical examinations/reports status (Active); Notes: Medical | Morbid obesity (Active); Notes: Added secondary to documentation of BMI of 56.7 kg/m2 on June 29, 2015 08:09:00 MST | Non-specific colitis (Active); Notes: Medical | Peripheral venous insufficiency (Active); Notes: Medical | Pharyngitis (Active); Notes: Medical | Sore throat symptom (Active); Notes: Medical | Spinal cord disease (Active); Notes: Medical | Type 2 diabetes mellitus (Active); Notes: Medical | Viral respiratory infection (Active); Notes: Medical

## Procedures

| Date | Name | Performed by |
|---|---|---|
| | Knee Surgery | Information not available |