# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sergio Real Rodriguez,<br><br>    Plaintiff,<br><br>v.<br><br>Catholic Community Services, et al.,<br><br>    Defendants. | NO. CV-23-00293-TUC-JAS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1), and Plaintiff having filed a Motion or Notice of Dismissal, this action is hereby dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

August 14, 2023

By    s/ B. Cortez
      Deputy Clerk